UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 30, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-MJ-00027-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| EMSEE IVEY, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  EMSEE IVEY , Case No.  2:07-MJ-00027-GGH , Charge  42 U.S.C. § 408(a)(6) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　＿　Release on Personal Recognizance

　　X　Bail Posted in the Sum of $ 25,000

　　　　X　Unsecured Appearance Bond

　　　　＿　Appearance Bond with 10% Deposit

　　　　＿　Appearance Bond with Surety

　　　　＿　Corporate Surety Bail Bond

　　　　✔　(Other)    Conditions as Stated on the Record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  January 30, 2007  at  2:00 p.m.  .

By   /s/ Gregory G. Hollows
　　　Gregory G. Hollows
　　　United States Magistrate Judge

Copy 5 - Court